# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:06-cv-00466-W

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., UMG RECORDINGS, INC., SONY BMG MUSIC ENTERTAINMENT, <br><br> Plaintiffs, <br><br> vs. <br><br> TANYA HOLLAND, <br><br> Defendant. | ORDER |

THIS MATTER is before the Court *sua sponte* concerning the status of Plaintiffs' case and Plaintiffs' failure to prosecute their claim.

On November 14, 2006, Plaintiffs filed their complaint alleging copyright infringement against Defendant Tanya Holland. On January 12, 2007, Plaintiffs provided proof of service of the complaint and summons on Defendant, which had occurred on December 30, 2006. (Doc. No. 6). As such, Defendant was required to submit an answer or otherwise respond by January 19, 2007. This deadline has long since expired, and Defendant has not yet made any appearance in this matter.

Other than filing the original Complaint and Returned Executed Summons, Plaintiffs have taken no further action in prosecution of their claims against Defendant. Within fourteen (14) calendar days from the date of this Order, Plaintiffs are instructed to SHOW CAUSE why this action should not be dismissed. If Plaintiffs fail to respond within fourteen (14) calendar days, this Court will dismiss this action for Plaintiffs' failure to prosecute.

IT IS, THEREFORE, ORDERED THAT, on or before April 18, 2007, Plaintiffs shall SHOW CAUSE why this action should not be DISMISSED pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute this action. Plaintiffs are warned that failure to make a timely response to this Order to Show Cause will result in DISMISSAL of this lawsuit.

IT IS SO ORDERED.

Signed: April 4, 2007

Frank D. Whitney
United States District Judge